# UNITED STATES DISTRICT COURT

## Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

June 16, 2023

Clerk, U.S. District Court
District of Missouri Western District Court
400 East Ninth Street, Room 1510
Kansas City, MO 64106

Re: Elizabeth Shoemaker, et al. v. T–Mobile US, Inc., et al., Case No. 3:23–cv–00427–H–DDL

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

John Morrill,
Clerk of the Court

By: s/ J. M. Olsen, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: