| | |
|---|---|
| **From:** | ecfMOW.notification@mow.uscourts.gov |
| **Sent:** | Tuesday, June 20, 2023 3:06 PM |
| **To:** | CASDdb_interdistricttransfer_casd |
| **Subject:** | Transferred case has been opened |

CASE: 3:23-cv-00427

DETAILS: Case transferred from California Southern has been opened in Western District of Missouri as case 4:23-cv-00420, filed 06/20/2023.